# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132268 (22)


BOBBY WILLIAMS, #147572

      Plaintiff-Appellant,

v

TRANSCOR AMERICA L.L.C.,

      Defendant-Appellee.

_____

SC: 132268
CoA: 271496
Jackson CC: 05-004889-NO


      On order of the Chief Justice, the motion for reconsideration of the order of October 25, 2006 is DENIED because it does not appear the order was entered erroneously. If plaintiff fails to pay the partial filing fee within 21 days, an order of dismissal may enter.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2006

_____
Clerk